# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 21-00134-CG |
| ) | |
| ANGELA CLIFTON, a/k/a ) | |
| ANGELA SHAW, ) | |
| ) | |
| Defendant. | |

## ORDER

This matter is before the Court on the United States' Position on Restitution (Doc. 69) filed on November 4, 2022.

At the sentencing hearing for the Defendant conducted on September 21, 2022, the Government presented evidence of a restitution amount. The defendant disagreed that the amount was correct but offered no specific amount which she claimed to be correct. Court ordered the parties to confer to determine either an agreed-upon amount of restitution, or if they could not agree, the parties were ordered to submit separate accountings of the claimed restitution amount with detailed explanation and supporting evidence. The United States submitted its detailed accounting by the required date, but the Defendant failed to submit any accounting.

Accordingly, the Court finds, by a preponderance of the evidence, that the amount of restitution detailed in the Government's accounting is correct and will include that restitution amount in the judgment entered herein.

**DONE** and **ORDERED** this 9th day of November, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE