**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| ANGELA CLIFTON, | * |
| | * |
|    Petitioner, | * |
| | * CRIMINAL NO. 21-00134-JB-B |
| vs. | * CIVIL ACTION NO. 23-00055-JB-B |
| | * |
| UNITED STATES OF AMERICA, | * |
| | * |
|    Respondent. | * |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the report and recommendation to which objection is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 2, 2026 (Doc. 126) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Petitioner Angela Clifton's amended motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence (Doc. 85) is **GRANTED** with respect to grounds thirteen and fourteen so as to permit her to file an out-of-time appeal, and is **DISMISSED without prejudice** as to all other claims.  Petitioner Clifton's judgment in the underlying criminal case (1:21-cr-00134-JB-B-1, Doc. 71) is **VACATED.**  Simultaneous with the entry of this order, the Court is entering a new judgment that reimposes the same

sentence, identical in all respects to the original judgment (id.) save only for the date of entry.

Petitioner Clifton is **HEREBY ADVISED** that with the entry of the new judgment, she shall have all the rights associated with an appeal from any criminal sentence, and that, if she cannot afford a lawyer to represent her on appeal, one will be appointed for her.  The Court also specifically advises Petitioner Clifton that the entry of the new judgment creates a fourteen-day period within which Petitioner Clifton may prosecute a direct appeal of her criminal conviction or sentence.  Thus, Petitioner Clifton shall have **fourteen (14) days** from the date of entry of the new judgment to file a notice of appeal.

Petitioner Clifton's motion for leave to conduct discovery (Doc. 118) and motion for leave to amend (Doc. 123) are **DENIED as moot.**

Finally, the Clerk of Court is **DIRECTED** to **CLOSE** this civil action and **ENTER** an appropriate final judgment in this civil case in favor of Petitioner Clifton.

**DONE** and **ORDERED** this 27th day of July, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE